# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DE LA CRUZ on behalf of himself, all others similarly-situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>THERMO FISHER SCIENTIFIC, INC., and DOES 1-100,<br><br>Defendants. | Case No. 5:17-CV-01918-DDP-SP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Hon. Dean D. Pregerson<br>Courtroom: 9C |

1  The Stipulation to Continue Status Conference, entered into between
2  Plaintiffs and Defendants, has been submitted to the Court for consideration. The
3  Court, having reviewed and considered the Stipulation, and good cause appearing
4  therefor, HEREBY ORDERS that the Stipulation is APPROVED on the terms set
5  forth therein. The Status Conference currently set for April 15, 2019 at 1:30 p.m. is
6  hereby continued to _____, 2019 at 1:30 p.m.

7  IT IS SO ORDERED.

8

9  DATED: _____   _____
10                                                                        Hon. Dean D. Pregerson
                                                                     United States District Court Judge