[*Counsel listed on next page.*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DE LA CRUZ and CYNTHIA MEGGS, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>THERMO FISHER SCIENTIFIC, INC., a Delaware corporation; MICROGENICS CORPORATION, a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 5:17-CV-01918-DDP-SP<br><br>**STIPULATION REGARDING ENTRY OF AMENDED JUDGMENT AND DISMISSAL OF CLASS SETTLEMENT ENFORCEMENT PROCEEDINGS WITH PREJUDICE**<br><br>Judge:  Hon. Dean D. Pregerson<br>Courtroom:  9C |

DAVID MARA (SB# 230498)
dmara@maralawfirm.com
JILL VECCHI (SB# 299333)
jvecchi@maralawfirm.com
MARA LAW FIRM, PC
2650 Camino Del Rio North, Suite 205
San Diego, CA 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

SHAUN SETAREH (SB# 204514)
shaun@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiffs and Class Representatives
STEVEN DE LA CRUZ and CYNTHIA MEGGS

Taras Kick (State Bar No. 143379)
Taras@kicklawfirm.com
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

Attorneys for Settlement Class Member
KIMBERLEY METZKE

ELIZABETH A. BROWN (SB# 235429)
lisabrown@gbgllp.com
MARIO C. ORTEGA (SB# 272455)
marioortega@gbgllp.com
GBG LLP
633 West 5th Street, Suite 3330
Los Angeles, CA 90071
Telephone: (213) 358-2810
Facsimile: (213) 995-6382

Attorneys for Defendants
THERMO FISHER SCIENTIFIC INC.
and MICROGENICS CORPORATION

| Case No. 5:17-CV-01918-DDP-SP | STIPULATION RE: ENTRY OF AMENDED JUDGMENT AND DISMISSAL OF CLASS SETTLEMENT ENFORCEMENT PROCEEDINGS |
|---|---|

## STIPULATION

By and through their respective counsel of record, Plaintiffs and Class Representatives Steven De La Cruz and Cynthia Meggs ("Plaintiffs"), Defendants Thermo Fisher Scientific Inc. and Microgenics Corporation ("Defendants"), and settlement class member Kimberley Metzke ("Ms. Metzke") hereby stipulate and agree as follows:

WHEREAS, this Court granted final approval of the class settlement in this action (the "*De La Cruz*" action) on September 9, 2019 (Dkt. No. 70);

WHEREAS, on December 31, 2019, Kimberley Metzke ("Ms. Metzke"), a participating class member in the *De La Cruz* settlement, filed a separate putative class action against Thermo Fisher Scientific Inc. in the San Francisco County Superior Court, Case No. CGC-19-581914 (the "*Metzke*" action);

WHEREAS, on January 31, 2020, Defendants filed an *ex parte* application in this Court to enforce the *De La Cruz* settlement and related judgment against Ms. Metzke, and to seek an order enjoining Ms. Metzke from proceeding with her separate putative class action against Thermo Fisher Scientific Inc. (referred to herein as the "enforcement proceedings") (Dkt. No. 72);

WHEREAS, on February 25, 2020, Ms. Metzke filed a motion for attorneys' fees and costs (Dkt. No. 87) based on the work her counsel performed in opposing Thermo Fisher Scientific Inc.'s *ex parte* application to enforce the *De La Cruz* settlement against Ms. Metzke;

WHEREAS, this Court held two hearings in the enforcement proceedings on February 11, 2020 and March 2, 2020, and took the pending motions under submission;

WHEREAS, on July 22, 2020 – i.e., while the pending motions were still under submission – the parties filed a stipulation to stay the enforcement proceedings in their entirety, to provide the parties an opportunity to discuss a potential informal

Case No. 5:17-CV-01918-DDP-SP — - 1 - — STIPULATION RE: ENTRY OF AMENDED JUDGMENT AND DISMISSAL OF CLASS SETTLEMENT ENFORCEMENT PROCEEDINGS

88860588.1

resolution of the dispute (Dkt. No. 99);

WHEREAS, this Court granted the parties' stipulated request to stay the enforcement proceedings in their entirety on July 23, 2020 (Dkt. No. 100);

WHEREAS, Ms. Metzke and Thermo Fisher Scientific Inc. attended a mediation on November 6, 2020 with the Honorable Gail Andler (Ret.), and agreed to the material terms of a settlement which, subject to the *Metzke* court's approval, resolved the *Metzke* action on a classwide basis following extensive negotiations and the presentation of a mediator's proposal;

WHEREAS, as part of the resolution of the *Metzke* action, Ms. Metzke and Thermo Fisher Scientific Inc. agreed that, if approved by the *Metzke* court, the *Metzke* settlement class release period would commence on January 18, 2019, one day following the end of the class release period communicated to the *De La Cruz* settlement class members in the Notice of Class Action Settlement issued on May 9, 2019, and that, if approved by the *Metzke* court, this would moot the parties' dispute about the proper scope of the class release at issue in the *De La Cruz* enforcement proceedings;

WHEREAS, in a stipulation filed with this Court on December 28, 2020 (Dkt. No. 102), the parties in the *De La Cruz* action and Ms. Metzke agreed that, once the *Metzke* settlement became "Final" as that term was defined in the *Metzke* settlement agreement (i.e., following final approval of the *Metzke* settlement and after the 60-day time period for an appeal has lapsed), the *De La Cruz* parties would jointly notify this Court and request that the judgment in the *De La Cruz* action be amended to provide that the class release period for purposes of the *De La Cruz* settlement is "March 6, 2013 through January 17, 2019";

WHEREAS, as part of the *Metzke* settlement, Ms. Metzke and Thermo Fisher Scientific Inc. agreed that "within ten (10) days of the date that [the *Metzke*] Settlement becomes Final, they (along with Class Counsel in *De La Cruz*) [would]

file a joint request in the *De La Cruz* action (C.D. Cal. Case No. 5:17-cv-01918-DDP-SP) for: (A) entry of an amended judgment that limits the class release period in *De La Cruz* to the time period of March 6, 2013 through January 17, 2019; and (B) an order dismissing the *De La Cruz* enforcement proceedings with prejudice, including the pending motions in those enforcement proceedings (Dkt. Nos. 72 and 87)" (*see* Second Amended Joint Stipulation of Class Settlement and Release (dated May 26, 2021) at ¶ 90);

WHEREAS, preliminary approval of the class settlement in *Metzke* was granted on June 1, 2021;

WHEREAS, following notice to the *Metzke* class members, final approval of the class settlement in *Metzke* was granted on October 28, 2021;

WHEREAS, following the 60-day period for an appeal under Cal. R. Ct. 8.104 – and after that time period passed without any appeal having been filed – the class settlement in *Metzke* became "Final" as of December 27, 2021; and

WHEREAS, the parties in *De La Cruz* and settlement class member Kimberley Metzke agree that because the class settlement in *Metzke* is now "Final," it is appropriate for this Court to enter an amended judgment that limits the class release period in *De La Cruz* to the time period of "March 6, 2013 through January 17, 2019" and to dismiss the *De La Cruz* enforcement proceedings in their entirety with prejudice, as provided in the parties' stipulation dated December 28, 2020 (Dkt. No. 102) and in the operative Second Amended Joint Stipulation of Class Settlement and Release in the *Metzke* action (dated May 26, 2021) at ¶ 90.

THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by Plaintiffs, Defendants, and settlement class member Kimberley Metzke that:

1. The Court enter an amended judgment that limits the class release period in *De La Cruz* to the time period of "March 6, 2013 through January 17,

Case No. 5:17-CV-01918-DDP-SP   - 3 -   STIPULATION RE: ENTRY OF AMENDED JUDGMENT AND DISMISSAL OF CLASS SETTLEMENT ENFORCEMENT PROCEEDINGS

88860588.1

2019," substantially in the form of the [Proposed] Amended Judgment that the parties are submitting concurrently with this Stipulation for the Court's review;

    2.    The Court enter an order dismissing the *De La Cruz* enforcement proceedings with prejudice, including the pending motions in the enforcement proceedings (Dkt. Nos. 72 and 87), substantially in the form of the [Proposed] Order Dismissing Class Settlement Enforcement Proceedings that the parties are submitting concurrently with this Stipulation for the Court's review; and

    3.    The Court vacate the status conference that is currently scheduled for February 28, 2022 at 10:00 a.m.

DATED: January 5, 2022

MARA LAW FIRM, PC
SETAREH LAW GROUP


By: /s/ David Mara
     DAVID MARA

Attorneys for Plaintiffs and Class Representatives STEVEN DE LA CRUZ and CYNTHIA MEGGS

DATED: January 5, 2022

THE KICK LAW FIRM, APC


BY: /s/ Taras Kick
     TARAS KICK

Attorneys for Settlement Class Member KIMBERLEY METZKE

[Additional signature on next page]

Case No. 5:17-CV-01918-DDP-SP    - 4 -    STIPULATION RE: ENTRY OF AMENDED JUDGMENT AND DISMISSAL OF CLASS SETTLEMENT ENFORCEMENT PROCEEDINGS

88860588.1

The undersigned attests that the signatories listed above concur in the content of this document and have authorized its filing.

DATED:  January 5, 2022        GBG LLP
                               ELIZABETH A. BROWN
                               MARIO C. ORTEGA


                               BY:     /s/ Mario C. Ortega
                                       MARIO C. ORTEGA

                               Attorneys for Defendants
                               THERMO FISHER SCIENTIFIC INC.
                               and MICROGENICS CORPORATION

Case No. 5:17-CV-01918-DDP-SP    - 5 -    STIPULATION RE: ENTRY OF AMENDED JUDGMENT AND DISMISSAL OF CLASS SETTLEMENT ENFORCEMENT PROCEEDINGS

88860588.1